# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Redeemed Christian Church of God Resurrection Power Assembly

          Plaintiff,

v.

Tiffany Henyard, et al.

          Defendant.

Case No.: 1:24−cv−01868

Honorable Jeffrey I Cummings

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 7, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report regarding settlement submitted to the Court's settlement correspondence inbox. In advance of the 5/8/24 motion hearing, the parties are directed to meet and confer (by telephone or in person) and defense counsel is directed to convey to plaintiff's counsel the monetary amount voted on by the Corporate Authorities at the 5/6/24 Village of Dolton meeting. The parties should be prepared to advise the Court as to the status of their settlement negotiations at the onset of the 5/8/24 in−court hearing. Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.