## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Redeemed Christian Church of God Resurrection Power Assembly

                Plaintiff,

v.                                        Case No.: 1:24−cv−01868

                                                    Honorable Jeffrey I Cummings

Tiffany Henyard, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 8, 2024:

       MINUTE entry before the Honorable Jeffrey I Cummings: Motion hearing held on 5/8/24. The parties report that they have reached an agreement to resolve this matter, the terms of which were placed on the record. Accordingly, plaintiff's opposed motion for declaratory judgment, permanent injunction, or preliminary injunction is denied [9] as moot. The parties shall file a joint stipulation to dismiss by 7/10/24. Defense counsel's motion to withdraw [20] is entered and continued until the joint stipulation to dismiss is filed. Status hearing set for 7/19/24 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.