UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REDEEMED CHRISTIAN CHURCH OF GOD RESURRECTION POWER ASSEMBLY, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:24-CV-1868 |
| vs. ) ) | Honorable Jeffrey I. Cummings |
| TIFFANY HENYARD, individually, and VILLAGE OF DOLTON, an Illinois municipal corporation, ) ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFF's MOTION FOR RULING ON DECLARATORY JUDGMENT OR PERMANENT OR PRELIMINARY INJUNCTION AND TO REVOKE THE COURT'S PRIOR RULING DENYING PLAINTIFF'S MOTION AS MOOT**

NOW COMES Plaintiff REDEEMED CHRISTIAN CHURCH OF GOD RESURRECTION POWER ASSEMBLY (hereinafter referred to as "Plaintiff" or "Resurrection Power Assembly"), by and through its attorneys Mauck & Baker, LLC, and in support of its Motion for Ruling on Plaintiff's Opposed Motion for Declaratory Judgment or Permanent or Preliminary Injunction and to Revoke the Court's prior ruling on May 8, 2024 denying Plaintiff's Motion as Moot, states as follows:

1. On March 18, 2024, Plaintiff filed its Opposed Motion for Declaratory Judgment, Permanent Injunction or Preliminary Injunction. (Dkt. 9)

2. On March 26, 2024, the parties had an initial status hearing with the Court and a deadline was set for Defendants to respond to Plaintiff's initial settlement demand, and a deadline was set for a response to Defendants' settlement offer. (Dkt. 12)

3. After submission of a Joint Status Report regarding potential settlement, the Court entered orders requiring Defendants to respond to the monetary portion of Plaintiff's initial settlement demand by May 7, 2024. (Dkt. 18), (Dkt. 25).

4. On May 8, 2024, the Court denied the Plaintiff's Opposed Motion for Declaratory Judgment or Permanent or Preliminary Injunction as Moot given that the parties had purportedly reached an agreement to resolve the matter. A deadline of July 10, 2024 was set for the parties to file a Joint Stipulation to Dismiss. (Dkt. 27).

5. Thereafter, the parties filed a Joint Status Report where defense counsel represented to the Court and to Plaintiff's counsel that the Stipulation to Dismiss could not be filed by the deadline because the Village had not signed the settlement agreement on July 5, 2024 as planned since the Board meeting ended early. Defense counsel further stated in this Joint Status Report that the settlement agreement would be presented for formal approval at the next Board meeting of Aug. 5, 2024, with the funds to be approved and distributed a few days later. (Dkt. 29).

6. On July 9, 2024, the Court entered an order that continued the deadline to Aug. 14, 2024 to file the Stipulation to Dismiss. (Dkt. 30).

7. Plaintiff's counsel learned for the first time on Aug. 13, 2024 through a telephone conversation with defense counsel, Veronica Bonilla-Lopez, that the Settlement Agreement had not been approved or signed at the Aug. 5, 2024 Board meeting.

8. Although the Board had two meetings to attempt to finalize the Settlement Agreement, it still was never approved or signed by Defendants, nor have they provided any payment to Plaintiff by the 60-day deadline, as specified in the Settlement Agreement.

9. As a consequence of the Defendants not abiding by the terms of the Settlement Agreement, Plaintiff considers the Settlement Agreement to no longer be effective and has filed a retraction of its agreement to settle, withdraws its agreement to the terms of the Settlement Agreement, and also withdraws its initial Settlement Demand. (See Exh. 1).

10. On Aug. 13, 2024, new counsel filed appearances on behalf of the Defendants. (Dkt. 31, Dkt. 32). On Aug. 14, 2024, the Court also entered an order granting Attorneys Veronica Bonilla-Lopez and Alisha N. Chambers' Motion to Withdraw as attorneys for Defendants. (Dkt. 33).

WHEREFORE, Plaintiff REDEEMED CHRISTIAN CHURCH OF GOD RESURRECTION POWER ASSEMBLY respectfully requests that this Honorable Court enter an order as follows:

A) Grant Plaintiff's Motion for Ruling on Plaintiff's Motion for Declaratory Judgment or Permanent or Preliminary Injunction and to Revoke the Court's Prior Ruling on May 8, 2024 Denying Plaintiff's Motion as Moot;

B) Revoke the prior court's ruling of May 8, 2024 that denied Plaintiff's Motion as moot;

C) Set a date certain for Defendants to file their Response Brief and set a hearing date for the Court's ruling on Plaintiff's Motion for Declaratory Judgment or Permanent or Preliminary Injunction; and

D) For any such further relief as this Court deems just and proper.

Respectfully Submitted,

**REDEEMED CHRISTIAN CHURCH OF GOD RESURRECTION POWER ASSEMBLY**

By: */s/ Judith A. Kott*
    JUDITH A. KOTT

By: */s/ John W. Mauck*
    John W. Mauck

John W. Mauck (IL Bar No. 1797328)
Judith A. Kott (IL Bar No. 6280395)
MAUCK & BAKER, LLC
One N. LaSalle St., Ste 3150
Chicago, Illinois 60602
Telephone: (312) 726-1243
jmauck@mauckbaker.com
jkott@mauckbaker.com

4